IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-50999
_____

LEGION INSURANCE COMPANY
            Plaintiff - Counter Defendant - Appellant

    v.

STEADFAST INSURANCE COMPANY
            Defendant - Counter Claimant - Appellee

--------------------
Appeal from the United States District Court
for the Western District of Texas, Austin
USDC No. A-98-CV-285-SC
--------------------
July 12, 2002

Before KING, Chief Judge, and JOLLY and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Affirmed on the basis of the Magistrate Judge's Memorandum Opinion and Order after Remand.

    AFFIRMED.

---

[*] Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.